IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIJAH M. SMITH, JR.,

        Plaintiff,                  No. 2:10-cv-0678 EFB P

     vs.

BOYNE J. WALKER,

        Defendant.               <u>ORDER</u>

                               /

       Plaintiff is a state prisoner proceeding without counsel in an action purportedly brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent, Dckt. No. 5. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

       On January 5, 2011, the court dismissed plaintiff's complaint for failure to state a cognizable claim. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed.

       The 30-day period has expired, and although plaintiff has lodged several exhibits with the court, *see* Dckt. Nos. 11, 12, 13, and 14, he has not filed an amended complaint or otherwise responded to the court's order.

1

1      Accordingly, it is hereby ORDERED that this action be DISMISSED for failure to
2 prosecute and failure to state a claim.  Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A(b).
3 Dated:  June 7, 2012.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE